■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY IZZARD, Appellant. [708 NYS2d 654] —Judgment unanimously affirmed. Same Memorandum as in People v Boyd (272 AD2d 898 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Burglary, 2nd Degree.) Present—Pigott, Jr., P. J., Hayes, Scudder, Kehoe and Balio, JJ.